PETER KMETO
Attorney at Law
State Bar #78827
1007 Seventh Street, Suite 201
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

Attorney for: CHUNGIL JUN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:15-CR-00015 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE, AND EXCLUDING |
| | ) | TIME UNDER THE SPEEDY |
| vs. | ) | TRIAL ACT |
| | ) | |
| CHUNGIL JUN, et al. | ) | Date: March 31, 2017 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Court: Hon. Garland E. Burrell, Jr. |

Plaintiff, United States of America, by and through its counsel of record and Defendant, CHUNGIL JUN, by and through his counsel of record, hereby stipulate as follows:

1. By previous orders, this matter was set for status conference on March 31, 2017.

2. By this stipulation Defendant, CHUNGIL JUN, moves to continue the status conference for the purposes of entry of plea and to exclude time between March 31, 2017 to April 14, 2017 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The discovery in this case includes 130 pages of investigative reports and related documents which include massive amounts of phone records;

b) The parties have engaged in meaningful settlement negotiations and are presently negotiating the terms of a plea;

c) Counsel for the Defense requires the additional time to advise Defendant as to the consequences of these terms;

d) The government does not object to the continuance;

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act;

f) For the purpose of computing time under the Speedy Trial Act, 18 USC §3161, et seq., within which trial must commence, the time period of March 31, 2017 to April 14, 2017 inclusive, is deemed excludable pursuant to 18 USC §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 27, 2017                          /s/ PAUL A. HEMESATH
                                               PAUL  A. HEMESATH
                                               Assistant United States Attorney


Dated: March 27, 2017                           /s/ PETER KMETO
                                               PETER KMETO
                                               Attorney for Defendant
                                               CHUNGIL JUN


## FINDINGS AND ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that ends of justice served by taking such action outweigh the best interest of the public and the time period of March 31, 2017 to April 14, 2017 inclusive, shall be deemed excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 USC §3161(h) (7) (A), B (iv).

Dated:  March 29, 2017


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3